FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Oct 29, 2026

SEAN F. MCAVOY, CLERK

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

PATRICK GIBBONS and LORI GIBBONS,
Plaintiff,

vs.

CANADIAN SOLAR, INC. and DOES 1-50,
Defendants.

No. 1:26-CV-03112-MKD
No. 1:26-CV-03144-MKD

ORDER GRANTING PLAINTIFFS' MOTION TO CONSOLIDATE AND MOTION FOR LEAVE TO AMEND AND DENYING AS MOOT DEFENDANTS' MOTION TO STAY

**1:26-CV-03144-MKD**
**ECF No. 7**

**1:26-CV-03112-MKD**
**ECF Nos. 15, 21**

Before the Court is Plaintiffs' Motion to Consolidate and Motion for Leave to Amend. 1:26-CV-03112-MKD at ECF No. 21; 1:26-CV-03144 at ECF No. 7. Plaintiffs move to consolidate the cases and, pursuant to Federal Rule of Civil Procedure15(a)(2), to adopt their First Amended Complaint, together with its Exhibits, filed in Case No. 1:26-CV-03144-MKD at ECF No. 6, as the operative Consolidated Amended Complaint in the lead case. *Id.* Defendants do not oppose

consolidation or Plaintiffs' request pursuant to Rule 15(a)(2). ECF No. 27. The Court has reviewed the record, is fully informed, and grants the motion.

Also before the Court is Defendants' Motion to Stay. 1:26-CV-03112-MKD at ECF No. 15. Prior to Plaintiffs moving for consolidation, Defendants moved for a stay until the concurrent actions "can be resolved through consolidation, dismissal, or otherwise." *Id.* The concurrent actions are being resolved through consolidation, therefore, Defendants' Motion to Stay is now moot.

Accordingly, **IT IS ORDERED:**

1. Plaintiffs' Motion to Consolidate and Motion for Leave to Amend, Case No. 1:26-CV-03112-MKD, **ECF No. 21**, and Plaintiffs' Motion to Consolidate and Motion for Leave to Amend, Case No. 1:26-CV-03144-MKD, **ECF No. 7**, are **GRANTED**.
2. Defendants' Motion to Stay, **ECF No. 15**, is **DENIED as moot**.
3. Plaintiffs' First Amended Complaint, Case No. 1:26-CV-03144-MKD at **ECF No. 6**, shall be adopted as the operative Consolidated Amended Complaint in Case No. 1:26-CV-03112-MKD.
4. The District Court Executive shall **CONSOLIDATE** Case No. 1:26-CV-03144-MKD **INTO** Case No. 1:26-CV-03112-MKD.
5. The District Court Executive shall **CLOSE** Case No. 1:26-CV-03144-MKD.

6. The parties **shall** submit all further filings in Case No. 1:26-CV-03112-MKD.

**IT IS SO ORDERED.** The District Court Executive is directed to file this order and provide copies to counsel.

DATED October 29, 2026.

*s/Mary K. Dimke*
MARY K. DIMKE
UNITED STATES DISTRICT JUDGE